■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HAMILTON, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (Robert H. Straus, J.), rendered on or about October 4, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Williams, Catterson and Moskowitz, JJ.